Anthony John **DUARTE**, Petitioner—
Appellee,

v.

Arthur **CALDERON**, Warden,
Respondent—Appellant.

No. 03–57218.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 10, 2005.*

Decided Jan. 13, 2005.

Michael Tanaka, Esq., FPDCA–Federal Public Defender's Office, Los Angeles, CA, for Petitioner–Appellee.

Kenneth C. Byrne, Esq., Susan S. Kim, Esq., AGCA–Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellant.

Before: BEEZER, HALL, and SILVERMAN, Circuit Judges.

MEMORANDUM **

Warden Arthur Calderon appeals the district court's order granting California state prisoner Anthony John Duarte's 28 U.S.C. § 2254 petition for a writ of habeas corpus. In supplemental briefing regarding the effect of this court's recent decision in *Gibson v. Ortiz,* 387 F.3d 812 (2004) (holding that jury instruction on evidence of other prior sexual offenses and accompanying instruction on preponderance of evidence standard violated defendant's due process rights), both parties state that the district court's judgment should be affirmed. We agree. The district court's judgment is

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.